# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-5303                            2. DATE DOCKETED: 11/21/2022
3. CASE NAME (lead parties only) Project for Privacy and Surveillance Accountability, Inc., v. United States Department of Justice
4. TYPE OF CASE: ☐ District Ct - ☒ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes  ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 1:20-cv-03657-BAH     Bankruptcy _____                 Tax _____
      Criminal _____                    Adversary _____
      Miscellaneous _____               Ancillary _____
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell              Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 09/19/2022   e. Date notice of appeal filed: 11/18/2022
   f. Has any other notice of appeal been filed in this case?  ☐ Yes  ☒ No   If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ☐ Yes  ☒ No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ☐ Yes  ☒ No
      If NO, why not?  Not applicable
   i. Has this case been before the Court under another appeal number?  ☐ Yes  Appeal # _____  ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes  ☒ No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ☒ Yes  ☐ No
      If YES, give popular name and citation of statute Freedom of Information Act, 5 U.S.C. § 552
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ☐ Yes  ☒ No   If so, provide program name and participation dates

Signature /S/ Gene C. Schaerr            Date 12-20-2022
Name of Party Project for Privacy and Surveillance Accountability, Inc.
Name of Counsel for Appellant/Petitioner Gene C. Schaerr
Address Schaerr | Jaffe LLP, 1717 K Street NW, Suite 900, Washington, DC 20006
Phone ( 202 ) 787-1060     Fax ( 202 ) 776-0136

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2022, a true copy of the foregoing was served via the ECF system on all counsel of record.

*/s/ Gene C. Schaerr*
Gene C. Schaerr

*Counsel for Appellant*