# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Project for Privacy and Surveillance Accountability, Inc., | ) ) ) | |
| *Plaintiff-Appellant*, | ) ) | |
| v. | ) ) | No. 22-5303 |
| United States Department of Justice, Office of the Director of National Intelligence, National Security Agency, Central Intelligence Agency, United States Department of State, | ) ) ) ) ) ) ) | |
| *Defendants-Appellees*. | ) | |

## APPELLANT'S STATEMENT OF ISSUES
## TO BE RAISED ON APPEAL

Appellant Project for Privacy and Surveillance Accountability ("PPSA") intends to raise the following issues in this appeal:

1. Whether the Defendants could lawfully rely on the judicially created *Glomar* doctrine to satisfy their statutory obligations under the Freedom of Information Act ("FOIA").

2. Whether the *Glomar* doctrine, even if lawful, permitted Defendants to refuse to conduct a search for records responsive to PPSA's FOIA requests.

3. Whether the District Court otherwise erred in sustaining the Defendants' *Glomar* responses.

4. Whether the District Court otherwise erred by granting the Defendants' motion for summary judgment and denying PPSA's cross-motion for summary judgment.

Respectfully submitted,

*/s/ Gene C. Schaerr*
Gene C. Schaerr
Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Appellant*

Dated: December 20, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

*/s/ Gene C. Schaerr*
Gene C. Schaerr