# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Project for Privacy and Surveillance Accountability, Inc., | ) ) ) | |
| *Plaintiff-Appellant*, v. | ) ) ) | No. 22-5303 |
| United States Department of Justice, Office of the Director of National Intelligence, National Security Agency, Central Intelligence Agency, United States Department of State, | ) ) ) ) ) ) ) | |
| *Defendants-Appellees*. | ) | |

## APPELLANT'S DEFERRED APPENDIX STATEMENT

Appellant Project for Privacy and Surveillance Accountability, Inc. states that it intends to utilize a deferred appendix as provided by D.C. Circuit Rule 30(c) and Federal Rule of Appellate Procedure 30(c)(1).

    Respectfully submitted,

    */s/ Gene C. Schaerr*
    Gene C. Schaerr
    Brian J. Field
    SCHAERR | JAFFE LLP
    1717 K Street NW, Suite 900
    Washington, DC 20006
    (202) 787-1060
    gschaerr@schaerr-jaffe.com

Dated: December 20, 2022     *Counsel for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

*/s/ Gene C. Schaerr*
Gene C. Schaerr