# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Project for Privacy and Surveillance Accountability, Inc., | ) ) ) | |
| *Plaintiff-Appellant*, v. | ) ) ) ) | No. 22-5303 |
| United States Department of Justice, Office of the Director of National Intelligence, National Security Agency, Central Intelligence Agency, United States Department of State, | ) ) ) ) ) ) | |
| *Defendants-Appellees*. | ) | |

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Appellant Project for Privacy and Surveillance Accountability, Inc. ("PPSA") submits the following corporate disclosure statement:

(a) PPSA has no parent company and there is no publicly held corporation holding 10% or more of its stock.

(b) PPSA is a nonpartisan, non-profit organization primarily engaged in disseminating information to the public to advocate for greater protection of privacy and civil liberties in government surveillance programs. Among other activities, PPSA relies on the Freedom of Information Act to uncover the nature and extent of federal government surveillance.

Respectfully submitted,

*/s/ Gene C. Schaerr*
Gene C. Schaerr
Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Appellant*

Dated: December 21, 2022

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

*/s/ Gene C. Schaerr*
Gene C. Schaerr
